# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:16CR307 |
| vs. | ) | |
| GUSTAVO ALVARADO-GUERRERO, KAROLINE ADVIDREZ, EVERLYN DELGADO, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the unopposed Motion to Continue Trial [68] filed by defendant Gustavo Alvarado Guerrero, Motion to Continue Trial [69] filed by defendant Karoline Alvidrez and Motion to Continue Trial [70] filed by defendant Everlyn Delgado. The parties are asking for additional time to complete plea negotiations. The defendants either have or will comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Motions to Continue Trial [68] [69] and [70] are granted, as follows:

1. The jury trial now set for May 30, 2017 is continued to **June 13, 2017.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 13, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED May 25, 2017.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**