# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO ALVARADO-GUERRERO,<br><br>Defendant. | 8:16CR307<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order (Filing No. 149) entered on May 8, 2024, judgment is entered in favor of the United States of America and against Gustavo Alvarado-Guerrero.

Dated this 13th day of May 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge